UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THEODORE J. LEONIS, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-01104-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER RE: APPLICATION FOR ENTRY OF DEFAULT** |

The complaint in this action was filed on March 10, 2014. ECF No. 1. On June 10, 2014, defendant Jodi Zugnoni filed a waiver of service. Because the waiver was sent on May 13, 2014, Defendant Zugnoni's answer was due on July 14, 2014. Fed. R. Civ. P. 12(a)(1)(A)(ii). As of today, however, no answer has been filed, and the case is still not at issue.

Accordingly, the case management conference scheduled for September 3, 2014 is CONTINUED to Wednesday, November 12, 2014 at 2:00 p.m. An updated joint case management statement is due by October 29, 2014.

In addition, by not later than September 8, 2014, Plaintiff is ordered to give notice to Defendant Zugnoni that Plaintiff will seek entry of her default if she has not responded to the complaint by October 3, 2014. If Zugnoni has not filed a response by October 3, 2014, Plaintiff is ordered to seek entry of her default by October 17, 2014.

**IT IS SO ORDERED.**

Dated: September 1, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge