UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>THEODORE J. LEONIS, et al.,<br><br>        Defendants. | Case No. 14-cv-01104-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 21 |

Before the Court is Plaintiff's Motion to Deposit Funds with Court and Discharge, and Motion for Attorneys' Fees. ECF No. 21. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the matter is suitable for disposition without oral argument. The hearing on this matter, currently scheduled for October 30, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: October 21, 2014

                                                JON S. TIGAR
                                         United States District Judge