UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>THEODORE J. LEONIS, et al.,<br><br>        Defendants. | Case No.  14-cv-01104-JST<br><br>**MINUTE ORDER CLARIFYING BRIEFING SCHEDULES**<br><br>Re: ECF No. 43 |

The Court has received a letter from counsel to Defendant Theodore J. Leonis requesting clarification of the briefing schedule for Mr. Leonis's Motion for an Order Distributing Federal Employees' Group Life Insurance ("FEGLI") Policy Benefits. ECF No. 43. The briefing schedules for the two motions currently scheduled for hearing in this case are as follows:

Theodore Leonis's Motion for an Order Distributing FEGLI Benefits was filed on November 7, 2014. ECF No. 30. Virginia Leonis's Response to this Motion was filed on November 24, 2014. ECF No. 40. In its November 26, 2014 Order, the Court accepted Virginia Leonis's response as timely; set a new December 3, 2014 due date for any reply; and continued the hearing date to January 22, 2015. ECF No. 42.

Virginia Leonis filed a Request to Stay the Case on November 20, 2014. ECF No. 36. Per the November 21, 2014 Clerk's Notice Correcting the Motion Hearing Date as to this Motion,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  responses are due by December 4, 2014; replies are due by December 11, 2014; and the motion
2  hearing is set for January 8, 2015 at 2:00 pm.  ECF No. 39.
3      **IT IS SO ORDERED.**
4  Dated:  December 2, 2014

                                                        JON S. TIGAR
                                            United States District Judge

United States District Court
Northern District of California