UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>     v.<br><br>THEODORE J. LEONIS, et al.,<br><br>          Defendants. | Case No.  14-cv-01104-JST<br><br>**ORDER GRANTING PACER FEE EXEMPTION**<br><br>Re: ECF Nos. 41, 47 |

On November 24, 2014, Defendant Virginia Leonis filed a request for a PACER fee exemption for the purpose of reviewing the docket in this case. ECF No. 41. In its Order denying Leonis's request without prejudice, the Court noted that courts may exempt certain persons or classes of persons, including indigents, from payment of the user access fee, but that courts should not exempt individuals or groups that have the ability to pay the access fee. ECF No. 42 at 2. See Electronic Public Access Fee Schedule (Dec. 1, 2013), https://www.pacer.gov/documents/epa_feesched.pdf. The Court directed Leonis to complete the Application to Proceed In Forma Pauperis in order to establish her eligibility for a PACER fee exemption. ECF No. 42 at 2.

Leonis has now filed the required documentation, and it is evident from her application that an exemption is necessary in order to avoid an unreasonable burden and to promote public access to information. ECF No. 47 at 9-12. Accordingly, Leonis's request for a PACER fee exemption is GRANTED. The exemption is limited to fees incurred accessing documents filed in this case and will expire when the case is resolved. By accessing documents using this exemption,

/ / /

/ / /

/ / /

/ / /

Leonis shall agree not to sell the data obtained and not to transfer any data obtained, unless expressly authorized by the Court.

**IT IS SO ORDERED.**

Dated:  December 10, 2014

_____
JON S. TIGAR
United States District Judge