UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

             Plaintiffs,

    v.

THEODORE J. LEONIS, et al.,

             Defendants.

Case No.  14-cv-01104-JST

**ORDER VACATING HEARING**

Re: ECF No. 30

     Before the Court is Defendant Theodore Leonis's Motion for an Order Distributing Federal Group Life Insurance Policy Benefits.  ECF No. 30.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for January 29, 2015, is hereby VACATED.

     IT IS SO ORDERED.

Dated: January 16, 2015

_____
JON S. TIGAR
United States District Judge