UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>  v.<br><br>THEODORE J. LEONIS, et al.,<br><br>      Defendants. | Case No. 14-cv-01104-JST<br><br>**ORDER STRIKING NOTICE OF NEW EVIDENCE**<br><br>Re: ECF No. 60 |

The Court is in receipt of the "Notice of New Evidence" that Defendant Virginia Leonis filed on May 13, 2015. ECF No. 60. That document describes and attaches items of evidence that Leonis wishes the Court to consider in connection with the parties' dispute over the distribution of certain life insurance benefits.

The trial of this case is scheduled for October 5, 2015. ECF No. 59 at 5. Any evidence that a party wishes the Court to consider must be submitted at that time. Placing evidence on the docket now is not a substitute for introducing such evidence at trial, and is not effective to put such evidence before the Court.

Virginia Leonis' Notice of New Evidence is stricken from the docket. The Court makes no determination now as to whether the evidence described therein is admissible.

**IT IS SO ORDERED.**

Dated: June 4, 2015

                                                      JON S. TIGAR
                                          United States District Judge