UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

        Plaintiffs,

   v.

THEODORE J. LEONIS, et al.,

        Defendants.

Case No. 14-cv-01104-JST

**ORDER APPOINTING COUNSEL**

Defendant Virginia Leonis having requested and being in need of counsel to assist her in this matter, and a volunteer attorney being willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Alan Palmer Jacobus is hereby appointed as counsel for Virginia Leonis in this matter.

The scope of this referral shall be for:

  _X_   all purposes for the duration of the case

  ___   the limited purpose of representing the litigant in the course of:

      ___   mediation

      ___   early neutral evaluation

      ___   settlement conference

      ___   briefing ___ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

      ___   discovery as follows:

      ___   other:

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: July 7, 2015

_____
JON S. TIGAR
United States District Judge