UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>     v.<br><br>THEODORE J. LEONIS, et al.,<br><br>            Defendants. | Case No.  14-cv-01104-JST<br><br>**ORDER CONTINUING PRE-TRIAL CONFERENCE** |

Due to a change in the Court's availability, the Court hereby continues the pre-trial conference currently scheduled for September 11, 2015.  The Court will conduct the pre-trial conference on October 5, 2015, at 8:30 a.m.  The trial will begin immediately thereafter.

IT IS SO ORDERED.

Dated:  September 3, 2015

_____
JON S. TIGAR
United States District Judge