UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>           Plaintiffs,<br><br>     v.<br><br>THEODORE J. LEONIS, et al.,<br><br>           Defendants. | Case No.  14-cv-01104-JST<br><br>**ORDER FOR DISTRIBUTION OF FUNDS**<br><br>Re: ECF No. 84 |

The parties' joint motion for distribution of funds is granted. See ECF No. 84. It is hereby ordered that the Clerk of this Court distribute the monies Metropolitan Life Insurance Company deposited with this Court, plus any accrued interest, as follows:

90% payable by check to Virginia L. Leonis, check sent to her attorney Alan Palmer Jacobus, 555 California Street, Suite 4925, San Francisco, California 94104.

10% payable by check to Theodore J. Leonis, check sent to his attorney Peter W. Clerides, 655 Montgomery Street, Suite 1200, San Francisco, California 94104.

IT IS SO ORDERED.

Dated: October 1, 2015

_____
JON S. TIGAR
United States District Judge